FILED

03/08/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0013

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 22-0013

GEORGE C. WELLS,

Petitioner,

v.

JIM SALMONSEN,

Respondent.

FILED

MAR 0 8 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

George C. Wells has filed a Petition for Rehearing of this Court's January 25, 2022 Order denying and dismissing his Petition for Habeas Relief, simply arguing again that his PFO sentence is illegal. As we stated in our order, we have repeatedly explained that Wells' sentence is valid, and we cited those previous orders therein. Accordingly,

IT IS ORDERED that the Petition for Rehearing is DENIED.

The Clerk is directed to provide a copy of this Order to counsel of record and to George C. Wells personally.

DATED this 8 day of March, 2022.

_____
Chief Justice

_____

_____

_____

_____
Justices